IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMIE J. MCCARTY,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:23cv488-MHT
                               )
JOHN Q. HAMM, Commissioner     )
of the Alabama Department      )
of Corrections, and            )
ALABAMA DEPARTMENT OF          )
CORRECTIONS,                   )
                               )
     Defendants.               )
```

ORDER

Defendants filed a motion to dismiss (Doc. 4) in which they argue that the complaint is a shotgun pleading and fails to allege any facts against the individual named defendant.  Without expressing any view as to the motion's merits, the court affords plaintiff an opportunity to cure the purported pleading defects; the court grants plaintiff leave to file an amended complaint, in accordance with Federal Rule of Civil Procedure 15(a)(1)(B).

If plaintiff timely files an amended complaint, the

court will deny the motion to dismiss as moot, without prejudice. If plaintiff does not timely file an amended complaint, plaintiff must file a response to the motion, and the court will decide the motion.

***

Accordingly, it is ORDERED that plaintiff shall file either an amended complaint or a response to the motion to dismiss (Doc. 4) by September 11, 2023. If plaintiff elects to file a response to the motion, defendants' reply briefs shall be due by September 18, 2023, and the motion shall be set for submission, without oral argument, on that date.

DONE, this the 21st day of August, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE