IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE J. MCCARTY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:23-cv-488-MHT-JTA |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
|     Defendants. | ) |

**REPORT OF THE PARTIES' RULE 26 PLANNING MEETING**

Pursuant to the Court's Order of November 3, 2023, the parties submit this Report of the Parties' Planning Meeting under FRCP 26(f), as follows. Unless otherwise stated, the parties are in agreement to the terms proposed in this Report.

The following persons participated in a FRCP 26(f) conference on November 27, 2023: Jeffrey Todd Webb, representing the Plaintiff Jamie J. McCarty, and Tara S. Hetzel, representing the Defendants Alabama Department of Corrections, and others.

1. **Initial Disclosures:** The parties will exchange the information required by FRCP 26 no later than 30 days of filing this Joint Parties Meeting Report.

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects:

        i. The factual and legal issues and claims made by Plaintiff in this action;

        ii. Any and all damages claimed by Plaintiff; and

        iii. Factual and legal issues related to Defendant's defenses.

        iv. Electronically Stored Information: The parties agree that reasonably accessible ESI may be produced in its native format as well as in a hard

1

copy, .tif, .pdf, .pst, or other electronic format. If stored in a native format counsel will make reasonable efforts to produce ESI stored on a CD or DVD. The parties agree to immediately take reasonable steps to ensure the preservation of all potentially relevant ESI, including on or in personal or home computers and accounts.

b. All discovery commenced in time to be completed by **August** 31, 2024.

c. **Limitations on Interrogatories:** Maximum of 25 interrogatories, including all discrete subparts, by each party to any opposing party. Responses due 30 days after service, unless extended by agreement of the parties. Parties agree to electronic service.

d. **Limitations on Requests for Production:** Maximum of 20 requests for production (including discrete subparts) by each party to any opposing party. Responses due 30 days after service unless extended by agreement of the parties. Parties agree to electronic service. The parties shall produce copies of all materials responsive to the requests at the time responses are produced. All redactions shall be made in a conspicuous manner so that it is visibly apparent that a redaction has been intentionally made.

That parties agree that if any information is withheld from production based on a privilege, the information withheld will be identified on a privilege log containing the following:

i. The type of document, i.e., memorandum, email, letter, etc.;

v. Names(s) of the document author(s);

vi. Name(s) of the document recipient(s);

vii. Document date;

viii. Title or description of the document;

ix. Subject matter of the document if not apparent from the title or description of the document; and

    x. The privilege claimed, i.e., "attorney work product," "attorney client communication," etc.

 e. **Limitations on Requests for Admission:** Maximum of 25 requests for admission by each party to any opposing party. Responses due 30 days after service, unless extended by agreement of the parties. Parties agree to electronic service.

 f. **Limitations on Depositions:** Maximum of 10 depositions by plaintiff to each defendant and 10 depositions by each defendant.

 g. **Length of Depositions:** Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties or order of the Court.

 h. **Reports from retained experts under FRCP 26(a)(2):** Due from Plaintiff by March 3, 2024, and from Defendant by April 3, 2024. Any rebuttal expert designation by Plaintiff is due by May 4, 2024.

 i. **Supplementation of disclosures and discovery under FRCP 26(e):** Supplementation of disclosures and discovery are due in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing.

4. Other Items:

  a. **Pretrial conference**: The parties request a pretrial conference in November 2024.

  b. **Parties and Pleadings:** Plaintiff is allowed until February 1, 2024 to join additional parties and to amend the pleadings.

  c. Defendant is allowed until March 1, 2024 to join additional parties and to amend the pleadings.

d. **Dispositive Motions:** All potentially dispositive motions should be filed by September 21, 2024.

e. The parties are open to exploring settlement negotiations and the possibility for Alternative Dispute Resolution, but neither can be realistically evaluated prior to at least some discovery being completed.

f. Final lists of witnesses and exhibits under FRCP 26(a)(3) and lists of deposition designations for trial testimony must be served by November 1, 2024.

g. The deadline for the parties to submit objections under FRCP 26(a)(3) shall be by November 15, 2024.

h. **Motions in *Limine*:** All motions in *limine* should be filed 15 days prior to trial.

i. This case will be ready for trial by January 9, 2025 and should last 1-2 days.

j. **Protective Order:** The parties anticipate the need for a protective order covering confidential, private, and/or proprietary documents. Any party who desires a Protective Order for personnel and/or business records shall file a motion seeking entry of any such proposed Order at least 7 days prior to the date designated to make disclosures under FRCP 26(c)(1) or prior to the time to respond to any discovery requests. The parties will discuss such an order and attempt to present a joint motion for entry of same.

k. **HIPAA Protective Order:** The parties also anticipate the need for a HIPAA protective order and will discuss a proposed version.

l. **Subpoenas:**

4

Prior to issuing any subpoena to a third-party, pursuant to FRCP 45, the issuing party shall provide a draft copy of the subpoena to the non-issuing party 5 business days prior to sending the subpoena. If objections are raised to the subpoena, the parties shall confer prior to issuing party serving the subpoena and/or the non-issuing party filing a Motion to Quash.

Respectfully submitted this the 28th day of November, 2023.

| | |
|---|---|
| */s/ Jeffrey Todd Webb* | */s/Tara S. Hetzel* |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 6724 Volz Court | State of Alabama |
| Montgomery, Alabama 36116 | 501 Washington Avenue |
| Tel:  (334) 318-0478 | P.O. Box 300152 |
| | Montgomery, Alabama 36130 |
| | Tel: (334) 242-7374 |
| Email:  barristerwebb@aol.com | Email: tara.hetzel@AlabamaAG.gov |