IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMIE J. McCARTY,              )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )      2:23cv488-MHT
                               )
JOHN HAMM, Commissioner,       )
of the Alabama Department      )
of Corrections; et al.,        )
                               )
     Defendants.               )
```

ORDER

Based on the representations made on the record on October 2, 2024, it is ORDERED that:

(1) This case is referred to the United States Magistrate Judge for mediation.  Counsel shall review Section 3 of the uniform scheduling order (Doc. 19) for requirements regarding mediation and the required notice to the court.  The parties shall jointly call the office of the assigned magistrate judge to discuss setting a date for mediation.

(2) Defendants' motion for an extension of the dispositive-motions deadline (Doc. 21) is granted

generally.  If settlement fails, within two weeks of the conclusion of the mediation process, the parties shall jointly file a report proposing a new dispositive-motions deadline and new pretrial and trial dates.

This case is administratively closed pending the completion of the mediation process.

DONE, this the 3rd day of October, 2024.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE