IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE J. MCCARTY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-488-MHT-JTA |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
|     Defendants. | ) |

## CASE STATUS REPORT

Pursuant to the Court's Order, the parties mediated this case before the Honorable Magistrate Judge Jerusha T. Adams on November 14, 2024. The mediation was successful, and this case has settled. Counsel are working together to get the needed release and confidentiality agreement signed. Once that is done, and the settlement funds received, the Plaintiff shall submit a Motion to Dismiss this case.

Respectfully submitted on this the 15th day of November, 2024.

                                              */s/ Jeffrey Todd Webb*

                                              *Attorney for Plaintiff*
                                              6724 Volz Court
                                              Montgomery, Alabama 36116
                                              Tel: (334) 318-0478
                                              Email: barristerwebb@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed this Case Status Report with the Clerk of the Court using the CM/ECF system, which will send electronic notification of this filing to the Defendants' attorneys:

General Steve Marshall

Tara S. Hetzel, Deputy Attorney General

Vania Hosea, Assistant Attorney General

                                                      /s/ JEFFREY TODD WEBB

                                                      JEFFREY TODD WEBB     (WEB043)